**Order entered August 11, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00134-CR

**CHRISTOPHER A. GERLICH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-82738-2019**

### ORDER

The reporter's record was initially due on March 3, 2020. The Court granted three requests for extensions of time, making it due on July 17, 2020. To date, the reporter's record has not been filed and we have had no further communication from court reporter Denise Condran.

We **ORDER** the reporter's record filed by August 21, 2020. We caution Ms. Condran that the failure to file the reporter's record by that date will result in

the Court taking whatever remedies it has to ensure the record is filed and that this appeal proceeds in a more timely manner.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Rippel, Presiding Judge, County Court at Law No. 4; Denise Condran, official court reporter, County Court at Law No. 4; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE